# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GERALD MAYERHOFF** and **RUTH MAYERHOFF,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION,** as Trustee of the **CABANA SERIES IV TRUST,**
Appellee.

No. 4D21-2166

[May 26, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. 19-14910 CACE (11).

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

Evan R. Raymond and Harris S. Howard of Howard Law Group, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***